UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAN G. HACCOU,<br><br>    Plaintiff,<br>       vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>    Defendant. | ) Case No. 2:25-cv-05112-DOC-PVC<br>)<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>) |

    The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: November 17, 2025    _/s/ David O. Carter_
                                          HON. DAVID O. CARTER
                                          UNITED STATES DISTRICT JUDGE